UNTIED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:

JUANA ROSA MINANO           )   Case No.24-000216-ELG
    Debtor                                  )
                                                  )   Chapter13
                                                  )
And                                            )
                                                  )
DLJ MORTGAGE CAPITAL, INC ,   )
C/O SELECT PORTFOLIO SERVICING, INC )
    Respondent                          )
                                                  )
REBECCA A. HERR               )
    Trustee/Respondent          )
                                                  )
                                                  )

**FILED**
OCT 1 1 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### **DEBTOR'S MOTION FOR AN ORDER OF CONTEMPT**

    COMES NOW, Juana Rosa Minano, pro se, and moves the Court to hold Respondent DLJ Mortgage Capital, Inc., and Select Portfolio Servicing, Inc., in civil contempt for its failure to comply with this court's order to produce certain documents necessary for Debtor's preparation of her chapter 13 plan and to ascertain the validity of the mortgage note. In support of this Motion, Debtor state to the Court eh following.

1. On August 9, 2024 debtor summited a Motion for Entry of Order Authorizing, the Examination of and Requiring Production of Documents by DLJ Mortgage, Inc. c/o Select Portfolio Servicing, Inc., Pursuant to Fed R. Bankr. P 2004 and 9016.
2. On September 12, 2024 this Court Granted the Debtor's Motion and Ordered DLJ Mortgage Capital, Inc., and Select Portfolio Servicing, Inc., shall within (28) days of the entry of the Order provide the Debtor with an unredacted copy of (a) allonges to Fixed/Adjustable Original Note dated October 31, 2018 between Mortgage Bank of

California and Dlinas Properties, LLC as to Unit 4 ("the Note"); and (b) all other documents purporting to transfer of ownership of the Note, if any, related to the same property from date of origination to the present.

3. More than 28 days have passed and DLJ Mortgage Capital, Inc., and Select Portfolio Servicing, Inc., have not produced the documents ordered by the Court to Debtor
4. Debtor has emailed counsel to enquire about the tentative delivery of the documents and counsel has not responded or has been ignored.
5. Federal Rule of Bankruptcy Procedure 9020, titled "Contempt Proceedings", makes Federal Ruled of Bankruptcy Procedure 9014 applicable to any motion for an order of contempt made by a party in interest.
6. Debtor is a party in interest.
7. 11 U.S.C. § 105 (a) provides in relevant part "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."
8. The information that is being withheld is critical information necessary to establish the following:
    A. Necessary for the preparation of Debtor chapter 13 plan.
    B. To ascertain whether debtor is the true borrower under the Note.
    C. To ascertain whether the transfer of the Note is legal
    D. To ascertain whether mortgage fraud was committed.
    E. The information that is being sought is critical information necessary for recovering of funds by the estate

WHEREFORE, Debtors respectfully asks the Court to:
1. Find DLJ Mortgage Capital, Inc., and Select Portfolio Servicing, Inc., to be in civil for its failure to comply with this Court's Order.
2. For such further and other relief as the Court deems just and proper.

*Juana R Minano*
Juana Rosa Minano